# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBIN BUNLEY

VERSUS

JAMES LEBLANC, DPSC
SECRETARY, WARDEN KRISTI
THOMAS, MAJOR JONES-JOHNSON,
MAJOR D. JENKINS, AND LT.
HARRIS

NO.  2024 CW 0429

**JULY 1, 2024**

---

In Re:    Robin Bunley, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 738184.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court's February 20, 2024 judgment, which dismissed plaintiff's petition without prejudice is a final, appealable judgment. Therefore, the writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff, Robin Bunley, pursuant to the pleading that notified the district court of plaintiff's intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

                         **MRT**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
         FOR THE COURT